IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., et al., | No. C-10-4284 MMC |
| Plaintiffs, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | |
| Defendant. | |

On October 6, 2010, defendant Universal Underwriters Insurance Company electronically filed its Response to Order Directing Defendant to Show Cause Why Action Should Not Be Remanded, as well as a declaration in support of its response. Defendant has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced

1 documents.  Defendant is hereby advised that if it fails in the future to comply with General
2 Order 45 and the Court's Standing Order to provide a chambers copy of each
3 electronically-filed document, the Court may impose sanctions, including, but not limited to,
4 striking from the record any electronically-filed document of which a chambers copy has not
5 been timely provided to the Court.

6 **IT IS SO ORDERED.**

8 Dated:  October 21, 2010

MAXINE M. CHESNEY
United States District Judge