IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., et al., | No. 10-4284 MMC |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | |
| Defendant. | |

Before the Court is defendant Universal Underwriters Insurance Company's "Response to Order Directing Defendant to Show Cause Why Action Should Not Be Remanded," filed October 6, 2010.

Having read and considered defendant's response, the Court finds defendant has sufficiently demonstrated the amount in controversy "exceeds the sum or value of $75,000, exclusive of interest and costs." See 28 U.S.C. § 1332(a).

Accordingly, the Court's order to show cause, filed September 24, 2010, is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: October 22, 2010



MAXINE M. CHESNEY
United States District Judge