TIMOTHY C. WILSON (SBN 173928)
ROBERT S. AARON (SBN 138903)
AARON & WILSON, LLP
150 Post Street, Suite 400
San Francisco, California 94108
Telephone:    (415) 438-7800
Facsimile:    (415) 438-7808

*Attorneys for Plaintiffs*
TWIN STAR VENTURES, INC., JAMES EARL CAMERON, JOSHUA SCOTT CAMERON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., JAMES EARL CAMERON, JOSHUA SCOTT CAMERON<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C10-04284 MMC<br><br>[PROPOSED] ORDER GRANTING LEAVE FILE AMENDED COMPLAINT<br><br><s>Date:  March 4, 2011</s><br><s>Time:  9:00 a.m.</s><br>Courtroom:  7 [Hon. Maxine Chesney] |

The motion of Plaintiffs TWIN STAR VENTURES, INC., JAMES EARL CAMERON, JOSHUA SCOTT CAMERON for Leave to File an Amended Complaint came <s>on for hearing before this Court, Timothy Wilson appearing for plaintiffs and Vivian Lerche appearing for Defendant UNIVERSAL UNDERWRITERS INS. CO</s>. and, no opposition having been filed, the hearing scheduled thereon is hereby VACATED. After consideration of the <s>briefs and arguments of counsel, and all other matters presented to the Court</s> motion, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File an Amended Pleading is GRANTED.

Plaintiffs shall file their proposed Second Amended Complaint no later than February 28, 2011.

<s>DATED:</s> _____

Dated: February 23, 2011

*[signature]*
Maxine M. Chesney, United States Judge

1

[Proposed] Order Granting Leave File Amended Complaint – Case No. C10-04284 MMC