**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., et al., | No. 10-4284 MMC |
| Plaintiffs, | **ORDER ADVANCING STATUS CONFERENCE** |
| v. | |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | |
| Defendant. | |

Before the Court is the parties' Stipulation, filed May 5, 2011, by which the parties seek extensions of the deadlines for mediation and discovery, as well as a continuance of the pretrial conference and trial dates.

Having read and considered the Stipulation, the Court finds good cause exists for a short extension of the deadlines and continuance of the pretrial conference and trial, given the parties' stated need to complete further discovery in light of plaintiffs' recent assertion of additional theories in support of their claim for coverage under the policy at issue. The parties have not adequately explained, however, why the schedule should be revised in the manner set forth in the Stipulation.

In particular, although the parties request an extension to September 15, 2011 to complete fact discovery necessitated by plaintiffs' newly-disclosed theories, the parties also

state that defendant plans to file, apparently no later than mid-June 2011,[1] a motion for summary judgment. The parties fail to explain how defendant could be prepared to file such dispositive motion at least two months in advance of the proposed completion of fact discovery.[2] Additionally, the parties have not explained why the deadlines for expert discovery need to be extended for periods ranging from four to five and half months, when the requested extension for fact discovery is only three months. Further, the parties do not address in any manner the present dispositive motions filing deadline. Finally, although the Court begins trials on Mondays, the parties have proposed May 25, 2012, a Friday, as the trial date.

Accordingly, the Status Conference presently scheduled for November 18, 2011 is hereby ADVANCED to May 27, 2011, at 10:30 a.m. The parties shall file a Joint Status Conference Statement no later than May 20, 2011, and shall address therein the issues identified above.

**IT IS SO ORDERED.**

Dated: May 10, 2011

MAXINE M. CHESNEY
United States District Judge

---

[1] In the Stipulation, the parties propose such motion be heard before their proposed mediation deadline of August 1, 2011, which schedule would require the motion be filed no later than mid-June 2011. See Civil L.R. 7-2(a).

[2] The Court further notes that, pursuant to the Court's Standing Orders, "[u]nless specific leave has been requested and granted, the Court will address only one motion for summary judgment/adjudication per party or side."