United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TWIN STAR VENTURES, INC., et al.,

      Plaintiffs,

  v.

UNIVERSAL UNDERWRITERS
INSURANCE COMPANY,

      Defendant.

_____/

No. C 10-4284 MMC

**ORDER REFERRING TO MAGISTRATE
JUDGE PLAINTIFFS' MOTION TO
COMPEL DEPOSITIONS**

Pursuant to Civil Local Rule 72-1, plaintiffs' Motion to Compel Depositions, filed
September 16, 2011, and all further discovery matters, are hereby REFERRED to a
Magistrate Judge to be heard and considered at the convenience of the assigned
Magistrate Judge's calendar.

The parties will be advised of the date, time and place of the next appearance, if
any, by notice from the assigned Magistrate Judge's chambers.

The October 28, 2011 hearing before the undersigned is VACATED.

**IT IS SO ORDERED**.

Dated:  September 20, 2011

_____
MAXINE M. CHESNEY
United States District Judge