IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., JAMES EARL CAMERON, JOSHUA SCOTT CAMERON,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br>and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 3:10-cv-04284-MMC<br>**ORDER APPROVING**<br>**[PROPOSED] AMENDMENT TO SCHEDULING ORDER TO EXTEND** ~~MEDIATION COMPLETION,~~ **DISCOVERY CUT-OFF DATES AND CONTINUE THE TRIAL**<br><br>Judge: Hon. Maxine M. Chesney<br>Trial Date: February 13, 2012 |

Pursuant to the stipulation of the parties to this action, and good cause appearing therefor, the Court hereby amends the Scheduling Order to extend the discovery cut-off dates and continue the trial.

IT IS HEREBY ORDERED that the current schedule for the above-referenced action is as follows:

| | |
|---|---|
| Non-expert discovery cut-off: | December 15, 2011 |
| Designation of Expert Witnesses: | April 30, 2012 |
| Designation of Rebuttal Expert Witnesses: | May 29, 2012 |
| Dispositive Motion Filing Date: | January 27, 2012 |
| Expert discovery cut-off: | June 28, 2012 |
| Further status conference: | June 29, 2012 |
| Pretrial Conference: | September 11, 2012 |
| Trial: | September 24, 2012 |

Dated: October 20, 2011

*[signature]*
Honorable Maxine M. Chesney
United States District Judge

STIPULATION AND [PROPOSED] ORDER AMENDING COURT'S SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF DATES AND CONTINUE THE TRIAL