IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., JAMES EARL CAMERON, JOSHUA SCOTT CAMERON,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 3:10-cv-04284-MMC<br><br>[PROPOSED] ORDER STAYING DISCOVERY REGARDING PLAINTIFFS' ALLEGED DAMAGES, AND EXTENDING MEDIATION COMPLETION AND DISCOVERY CUT-OFF DATES<br><br>Judge: Hon. Maxine M. Chesney<br>Trial Date: September 24, 2012 |

Pursuant to the stipulation of the parties to this action, and good cause appearing therefor,

IT IS HEREBY ORDERED that discovery regarding the damages sought by Plaintiffs against Defendant is stayed until after a final determination on Defendant Universal Underwriters Insurance Company's Motion for Summary Judgment or Partial Summary Judgment.

IT IS FURTHER ORDERED that the current schedule for the above-referenced action is amended as follows:

    Mediation Completion:              May 31, 2012;

    Non-expert discovery cut-off:      April 30, 2012

All other dates shall remain as previously ordered.

Dated: December 19, 2011

*Maxine M. Chesney*
Honorable Maxine M. Chesney
United States District Judge

6

STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY REGARDING PLAINTIFFS' ALLEGED DAMAGES, AND EXTENDING MEDIATION COMPLETION AND DISCOVERY CUT-OFF DATES     1