IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. 10-4284 MMC<br><br>**ORDER VACATING MARCH 2, 2012 HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

    Before the Court is defendant Universal Underwriters Insurance Company's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, filed January 27, 2012. Plaintiffs Twin Star Ventures, Inc., James Earl Cameron, and Joshua Scott Cameron have filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective written submissions, and VACATES the March 2, 2012 hearing.

    **IT IS SO ORDERED.**

Dated: February 29, 2012


MAXINE M. CHESNEY
United States District Judge