IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., JAMES EARL CAMERON, JOSHUA SCOTT CAMERON,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br>and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 3:10-cv-04284-MMC<br><br>[PROPOSED] **AMENDMENT TO SCHEDULING ORDER TO EXTEND MEDIATION COMPLETION AND DISCOVERY CUT-OFF DATES AND CONTINUE THE TRIAL** ; ORDER CONTINUING STATUS CONFERENCE<br><br>Judge: Hon. Maxine M. Chesney<br>Trial Date: February 13, 2012 |

Pursuant to the stipulation of the parties to this action, and good cause appearing therefor, the Court hereby amends the Scheduling Order to extend the mediation completion date, discovery cut-off dates, and continue the trial.

IT IS HEREBY ORDERED that the current schedule for the above-referenced action is as follows:

| | |
|---|---|
| Mediation Completion: | October 31, 2012; |
| Non-expert discovery cut-off: | June 29, 2012; |
| Designation of Expert Witnesses: | July 31, 2012; |
| Designation of Rebuttal Expert Witnesses: | August 31, 2012 |
| Expert discovery cut-off: | October 15, 2012; |
| Pretrial Conference: | January 8, 2013; |
| Trial: | January 28, 2013. |

IT IS FURTHER ORDERED that the Status Conference is continued from June 29, 2012 to October 12, 2012, at 10:30 a.m. A Joint Status Conference Statement shall be filed no later than October 5, 2012.

Dated: April 9, 2012



Honorable Maxine M. Chesney
United States District Judge

5

STIPULATION AND [PROPOSED] ORDER AMENDING COURT'S SCHEDULING ORDER TO EXTEND MEDIATION COMPLETION AND DISCOVERY CUT-OFF DATES AND CONTINUE TRIAL - CASE NO.: 3:10-CV-04284-MMC