IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., JAMES EARL CAMERON, JOSHUA SCOTT CAMERON,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br>and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 3:10-cv-04284-MMC<br><br>**[PROPOSED] AMENDMENT TO SCHEDULING ORDER TO EXTEND MEDIATION COMPLETION AND DISCOVERY CUT-OFF DATES AND CONTINUE THE TRIAL**<br><br>Judge:  Hon. Maxine M. Chesney<br>Trial Date:  January 28, 2013 |

Pursuant to the stipulation of the parties to this action, and good cause appearing therefor, the Court hereby amends the Scheduling Order to extend the mediation completion date, discovery cut-off dates, and the trial date, as follows:

| | |
|---|---|
| Mediation Completion: | January 29, 2013; |
| Non-expert discovery cut-off: | September 27, 2012; |
| Designation of Expert Witnesses: | October 29, 2012; |
| Designation of Rebuttal Expert Witnesses: | November 29, 2012 |
| Expert discovery cut-off: | January 14, ~~2012;~~  2013; |
| Pretrial Conference: | ~~April 8, 2013;~~   April 2, 2013; and |
| Trial: | ~~April 29, 2013.~~   April 15, 2013. |

-~~6~~-

1   Further, the Status Conference is hereby continued from October 12, 2012 to January 11,
2  2013. A Joint Status Conference Statement shall be filed no later than January 4, 2013.

3   IT IS SO ORDERED.

4  Dated: June 21, 2012

*[signature]*
Honorable Maxine M. Chesney
United States District Judge