Jonathan Gross, State Bar No. 122010
jgross@bishop-barry.com
Vivian Lerche, State Bar No. 149984
vlerche@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile:  (510) 596-0889

*Attorneys for Defendant*
UNIVERSAL UNDERWRITERS
INSURANCE COMPANY


Timothy C. Wilson, State Bar No. 173928
tcwilson@aaron-wilson.com
AARON & WILSON, LLP
150 Post Street, Suite 400
San Francisco, CA 94108
Telephone:  (415) 438-7800
Facsimile: (415) 438-7808

*Attorneys for Plaintiffs*
TWIN STAR VENTURES, INC.,
JAMES EARL CAMERON AND JOSHUA SCOTT CAMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., JAMES EARL CAMERON, JOSHUA SCOTT CAMERON,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br>and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 3:10-cv-04284-MMC<br><br>**[PROPOSED] AMENDMENT TO SCHEDULING ORDER TO EXTEND MEDIATION COMPLETION AND DISCOVERY CUT-OFF DATES**<br><br>Judge:  Hon. Maxine M. Chesney<br>Trial Date:  April 15, 2013 |

Pursuant to the stipulation of the parties to this action, and good cause appearing therefor, the Court hereby amends the Scheduling Order to extend the mediation completion date and discovery cut-off dates.

1

IT IS HEREBY ORDERED that the current schedule for the above-referenced action is amended as follows:

    Mediation Completion:    March 1, 2013;

    Non-expert discovery cut-off:    November 27, 2012;

    Designation of Expert Witnesses:    December 28, 2012;

    Designation of Rebuttal Expert Witnesses:    January 24, 2013

    Expert discovery cut-off:    February 15, 2013.

All other dates shall remain as previously scheduled.

Dated: September 27, 2012



_____
Honorable Maxine M. Chesney
United States District Judge

---

2

[PROPOSED] AMENDMENT TO SCHEDULING ORDER TO EXTEND MEDIATION COMPLETION AND DISCOVERY CUT-OFF DATES