IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., JAMES EARL CAMERON, JOSHUA SCOTT CAMERON,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br>and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 3:10-cv-04284-MMC<br><br>**[PROPOSED]** AMENDMENT TO SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF DATES AND CONTINUE THE TRIAL<br><br>Judge: Hon. Maxine M. Chesney |

Pursuant to the stipulation of the parties to this action, and good cause appearing therefor, the Court hereby amends the Scheduling Order to extend the discovery cut-off dates and continue the trial.

IT IS HEREBY ORDERED that the current schedule for the above-referenced action is amended as follows:

| | |
|---|---|
| Non-expert discovery cut-off: | January 25, 2013; |
| Designation of Expert Witnesses: | February 25, 2013; |
| Designation of Rebuttal Expert Witnesses: | March 22, 2013; |
| Expert discovery cut-off: | April 15, 2013; |
| Pretrial Conference: | May 28, 2013; |
| Trial: | ~~June 7, 2013.~~ June 10, 2013. |

All other dates shall remain as previously scheduled.

Dated: November 1, 2012



Honorable Maxine M. Chesney
United States District Judge

5

STIPULATION AND [PROPOSED] ORDER AMENDING COURT'S SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF DATES AND CONTINUE THE TRIAL - CASE NO.: 3:10-CV-04284-MMC