IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., JAMES EARL CAMERON, JOSHUA SCOTT CAMERON,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 3:10-cv-04284-MMC<br><br>**GRANTING PARTIES [PROPOSED] ORDE**R ~~CONTINUING THE STATUS CONFERENCE OR, ALTERNATIVELY, FOR~~ **LEAVE TO APPEAR TELEPHONICALLY**<br><br>Judge: Hon. Maxine M. Chesney<br>Trial Date: June 10, 2013 |

Pursuant to the stipulation of the parties to this action, and good cause appearing therefor, ~~IT IS HEREBY ORDERED that the Status Conference is continued from January 11, 2013 to _____.~~

~~ALTERNATIVELY,~~ IT IS HEREBY ORDERED that the parties are granted leave to appear telephonically at the Status Conference on January 11, 2013.

Dated: January 9, 2013

_____
Honorable Maxine M. Chesney
United States District Judge

---

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE STATUS CONFERENCE OR, ALTERNATIVELY, FOR LEAVE TO APPEAR TELEPHONICALLY- Case No.: 3:10-cv-04284-MMC**