-2-

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than  N/A - PASSED    , and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge   N/A     and scheduled to take place no later than 30 days prior to the Pretrial Conference.

PRETRIAL CONFERENCE DATE: August 13, 2013    at **10:00 a.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.**  Counsel shall be prepared to discuss all aspects of the case, including settlement.  Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5):  Lead trial counsel shall meet and confer no later than   July 8, 2013 .

FURTHER STATUS CONFERENCE:  Friday,   N/A     at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday,   N/A     .

ADDITIONAL ORDERS:

> Case withdrawn from Early Neutral Evaluation Program and referred to Private Mediation by agreement of the parties.
>
> See attached Pretrial Instructions.

PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED:  January 14, 2013 

_____
MAXINE M. CHESNEY
United States District Judge

(Revised 7/2012)