IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., JAMES EARL CAMERON, JOSHUA SCOTT CAMERON,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br>and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 3:10-cv-04284-MMC<br><br>[~~PROPOSED~~] ORDER AMENDING SCHEDULING ORDER TO EXTEND EXPERT DISCLOSURE, MEDIATION AND DISCOVERY CUT-OFF DATES<br><br>Judge:  Hon. Maxine M. Chesney<br>Trial Date:  August 26, 2013 |

Pursuant to the stipulation of the parties to this action, and good cause appearing therefor, the Court hereby amends the Scheduling Order to extend the expert disclosure, mediation and discovery cut-off dates.

IT IS HEREBY ORDERED that the current schedule for the above-referenced action is amended as follows:

| | |
|---|---|
| Mediation Completion: | April 22, 2013; |
| Non-Expert Discovery Cut-Off: | March 22, 2013; |
| Designation of Experts: | May 3, 2013; |
| Designate Rebuttal Experts: | May 24, 2013; |
| Expert Discovery Cut-Off: | June 21, 2013. |

All other dates, including trial, shall remain as previously scheduled.

Dated:  March 11, 2013



Honorable Maxine M. Chesney
United States District Judge