IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., JAMES EARL CAMERON, JOSHUA SCOTT CAMERON,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br>and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 3:10-cv-04284-MMC<br><br>[PROPOSED] ORDER AMENDING SCHEDULING ORDER TO EXTEND EXPERT DISCLOSURE AND DISCOVERY CUT-OFF DATES<br><br>Judge: Hon. Maxine M. Chesney<br>Trial Date: August 26, 2013 |

Pursuant to the stipulation of the parties to this action, and good cause appearing therefor, the Court hereby amends the Scheduling Order to extend the expert disclosure and discovery cut-off dates.

IT IS HEREBY ORDERED that the current schedule for the above-referenced action is amended as follows:

    Designation of Experts:    June 3, 2013;

    Designate Rebuttal Experts:    June 24, 2013;

    Expert Discovery Cut-Off:    July 21, 2013.

All other dates, including trial, shall remain as previously scheduled.

Dated: May 1, 2013



Honorable Maxine M. Chesney
United States District Judge