IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., et al., | No. 10-4284 MMC |
| Plaintiffs, | **ORDER SCHEDULING STATUS CONFERENCE** |
| v. | |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | |
| Defendant. | |

Before the Court is the parties "Stipulation and [Proposed] Order Amending Court's Scheduling Order to Extend Disclosure of Rebuttal Experts, Extend Expert Discovery Completion Date, and Continue the Trial," filed June 18, 2013, which stipulation represents essentially the parties' fifth joint request to continue the trial date since the Court's resolution of defendant's motion for summary judgment.[1]

Having read and considered the above-referenced stipulation, the Court finds it appropriate to schedule a Status Conference to address the parties' joint request for a further continuance.  See Civil L.R. 16-10(c).

Accordingly, the parties are hereby DIRECTED to appear on July 12, 2013, at 10:30

---

[1] In addition, there were two stipulated requests filed and granted before the filing of defendant's motion for summary judgment.

a.m. for a Status Conference.  Further, the parties are hereby DIRECTED to file, no later than July 5, 2013, a Joint Status Conference Report, and to set forth therein, <u>inter alia</u>, the issues remaining for trial and the parties' efforts to resolve the matter through private mediation, to which they stipulated, and/or any other form of alternative dispute resolution.

**IT IS SO ORDERED.**

Dated: June 21, 2013

MAXINE M. CHESNEY
United States District Judge