UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., et al., | No. C 10-4284 MMC (MEJ) |
| Plaintiffs, | **DISCOVERY ORDER RE: PLAINTIFFS' ACCOUNTING DATABASE** |
| v. | |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | (Re: Docket No. 73) |
| Defendants. | |

On July 3, 2013, the parties filed a joint discovery dispute letter regarding Plaintiffs' accounting database. Dkt. No. 73. For the reasons set forth by Defendant in the letter, the Court finds good cause exists for Plaintiffs to produce the database in Sage BusinessWorks format. Accordingly, the Court GRANTS Defendant's request and ORDERS Plaintiffs to file their accounting database in Sage BusinessWorks format for the years 2003 to the present. To the extent that these documents contain personal or private information regarding Plaintiffs' employees, Plaintiffs shall either (a) redact all such information, or (b) enter into a protective order with Defendant.

**IT IS SO ORDERED**

Dated: July 8, 2013

_____
Maria-Elena James
United States Magistrate Judge