IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN STAR VENTURES, INC., et al., | No. C 10-4284 MMC |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | |
| Defendant. / | |

The parties having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiffs' claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: April 25, 2014

MAXINE M. CHESNEY
United States District Judge